**(Official Form 1) (10/06)**

| United States Bankruptcy Court<br>Northern District of Illinois, Western Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Bushnell, Matt D. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Bushnell, Erin K. |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Erin K. Isiordia |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all): 1668 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all): 5849 |
| Street Address of Debtor (No. and Street, City, and State)<br>1001 Yellowstone Lane<br>Harvard, IL    ZIPCODE 60033 | Street Address of Joint Debtor (No. and Street, City, and State)<br>1001 Yellowstone Lane<br>Harvard, IL    ZIPCODE 60033 |
| County of Residence or of the Principal Place of Business:<br>Mchenry | County of Residence or of the Principal Place of Business:<br>Mchenry |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIPCODE |

**Type of Debtor** (Form of Organization) (Check one box)
- [✓] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [✓] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [✓] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetiion from one of more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $10,000 | $10,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| [✓] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] |

Bankruptcy2006 ©1991-2006, New Hope Software, Inc. ver. 4.1.1-687 - 31415

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** Matt D. Bushnell & Erin K. Bushnell |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: Rockford, IL | Case Number: 98 B 51253 | Date Filed: April 16, 1998 |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X  /s/ Richard T. Jones
     Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (10/06)     Form B1, Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Matt D. Bushnell & Erin K. Bushnell |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative of a Recognized Foreign Proceedings** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X** /s/ Matt D. Bushnell    Signature of Debtor **X** /s/ Erin K. Bushnell    Signature of Joint Debtor    Telephone Number (If not represented by attorney)    Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached. ☐ Pursuant to § 1511 of title 11 United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. **X**_____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ (Date) |
| **Signature of Attorney** **X** /s/ Richard T. Jones    Signature of Attorney for Debtor(s) RICHARD T. JONES 6184629    Printed Name of Attorney for Debtor(s)    Firm Name 138 Cass Street    Address Post Office Box 1693    Woodstock, Illinois 60098 (815) 334-8220    Telephone Number    Date | **Signature of Non-Attorney Petition Preparer** I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address X_____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X**_____ Signature of Authorized Individual _____ Printed Name of Authorized Individual _____ Title of Authorized Individual _____ Date | |

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.1.1-687 - 31415

**Official Form 1, Exhibit D (10/06)**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois, Western Division

In re  Matt D. Bushnell & Erin K. Bushnell                              Case No._____
                Debtor(s)                                                                                   (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.1.1-687 - 31415

**Official Form 1, Exh. D (10/06) – Cont.**

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor:  /s/ Matt D. Bushnell
                     _____
                     MATT D. BUSHNELL

Date: _____

2

**Official Form 1, Exhibit D (10/06)**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois, Western Division

In re  Matt D. Bushnell & Erin K. Bushnell                               Case No._____
                    Debtor(s)                                                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.1.1-687 - 31415

**Official Form 1, Exh. D (10/06) – Cont.**

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
　　☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
　　☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
　　☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor: /s/ Erin K. Bushnell_____
　　　　　　　　　　　　　　ERIN K. BUSHNELL

Date: _____

2

Adrinana's/Nicks
703 Diggins
Harvard, IL 60033

Advance America
1516 E. State Street
Rockford, IL 61101

AmeriCash Loans
961 N. Eastwood Drive
Woodstock, IL 60098

Angelo's Pizza
73 N. Ayer Street
Harvard, IL 60033

Atlanta Kids Ent.
c/o Collectron
Post Office Box 870188
Stone Mountain, GA 30087

Betsy Iverson
415 Jefferson Street
Harvard, IL 60033

Black Knight Arabians
W7541 Koshlonong Lake Rd.
Ft. Atkinson, WI 53538

Blockbuster
1500 South Division Street
Harvard, IL 60033

Blockbuster
c/o Credit Protection Assoc.
Post Office Box 55126
Boston, MA 02205-5126

California Student Aid Commission
Post Office Box 419045
Rancho Cordova, CA 95741-9045

Castle Bank
201 West Diggins Road
Harvard, Illinois 60033

Centegra Health System
c/o Automated Account Mgmt.
Post Office Box 65576
W. Des Moines, IA 50265-0576

Centegra Health System
Post Office Box 1990
Woodstock, Illinois 60098

Charter Communications
c/o AFNI
404 Brock Drive, Box 3427
Bloomingon, IL 61702-3427

Charter Communications
Post Office Box 1127
Janesville, WI 53547-1127

Chef's Home
c/o Express Checks
Post Office Box 14150
Savannah, GA 31416-1150

Chicago Tribune
c/o Biehl & Biehl
Post Office Box 66415
Chicago, IL 60666-0415

Chicago Tribune
Post Office Box 6315
Chicago, Illinois 60680

Children's Healthcare of Atlanta
Post Office Box 116316
Atlanta, GA 30368-6316

Chris LaRoacco
1411 Opus Place, #600
Downers Grove, IL 60515

Corporate America Family CU
7105 N. Virginia
Crystal Lake, IL 60014

Corporate America Family CU
7105 W. Virginia
Crystal Lake, Illinois 60014

Countrywide Home Loans
Attn: Bankruptcy Dept.
Post Office Box 5170
Simi Valley, CA 93062-5170

Credit Acceptance
Post Office Box 55000
Detroit, MI 48255-1888

Credit Accpetance
Post Office Box 513
Southfield, MI 48037

Culligan
Post Office Box 5277
Carol Stream, IL 60197-5277

Disney Movie Club
c/o North Shore Agency
Post Office Box 758
Neenah, WI 54957-0758

Disney Movie Club
c/o OSI Collection
Post Office box 8902
Westbury, NY 11590-8902

Disney Movie Club
Post Office Box 738
Neehan, WI 54957-0738

Donald Bushnell
1001 Yellowston Lane
Harvard, IL 60033

Dr. Pollinia
c/o ATG Credit LLC
Post Office Box 14895
Chicago, IL 60614-4895

Earthlink, Inc.
c/o CCS, Inc.
23220 Chargrin Blvd., #400
Celveland, OH 44122

Earthlink, Inc.
Post Office Box 530530
Atlanta, Georgia 30353-0530

Ford Motor Credit Company
1901 N. Roselle Rd, #610
Schaumburg, Illinois 60195-3184

Harvard Chevy
133 South Rt. /6
Harvard, IL 60033

Harvard Memorial Hospital
Mercy Alliance
Post Office Box 5177
Janesville, WI 53547-5177

Harvard Memorial Hospital/Mercy
c/o AmeriCollect
Post Office Box 1566
Manitowoc, WI 545221-1566

Harvard Oil
1300 N. Division Street
Harvard, IL 60033

Harvard Oil
c/o Certegy Recovery Serv.
11601 Roosevelt Blvd.
St. Petersburg, FL 33716

Harvard Public Library
900 E. McKinley Street
Harvard, IL 60033

Harvard School District
1101 N. Jefferson
Harvard, IL 60033

Heights Finance
c/o Franks, Gerkin & McKenna
Post Office Box 5
Marengo, IL 60152

Heights Finance
Post Office Box 176
McHenry, Illinois 60050

Highlights
c/o RMCB Collection Agency
2269 S. Saw Mill River Rd., #3
Elmsford, NY 10523

Highlights for Children
1800 Watermak Drive, Box 269
Columbus, OH 43216-0269

Horse Illustrated
c/o National Credit Audit Corp.
8512 Allen Road
Peoria, IL 61615

Household/Arbo
c/o MCM
Dept. T8870
Los Angelos, CA 90084-8870

HSCB Mortgage
Post Office Box 4552
Buffalo, NY 14240-4552

I-Pass
Illinois Tollway
2700 Ogden Avenue
Downers Grove, IL 60515

IL Dept. of Employment Security
Benefit Payment Contorl Div.
Post Office box 6996
Chicago, Illinois 60680

IL State Disbursement Unit
Post Office Box 5921
Carol Stream, IL 60197

J. C. Penney
Post Office Box 533
Dallas, Texas 75221-0533

Jones Packing
RR 2
Harvard, IL 60033

King Dragon
c/o United Credit Service
15 N. Lincoln Street, Box 740
Elkhorn, WI 53121-0740

Kohls
c/o Affiliated Credit Services
Post Office Box 1329
Rochester, MN 55903

Kohls
c/o CPS Security Check Division
Post Office Box 782408
San Antonio, TX 78278

Kohls
Post Office Box 2983
Milwaukee, WI 53201-2983

Lane Bryant
c/o Penn Credit Corp.
Post Office Box 988
Harrisburg, PA 17108-0988

Lane Bryant
Post Office Box 659562
San Antonio, TX 78265

Leader Ace Hardware
980 Route 22, Box 21
Fox River Grove, IL 60021

Liberty Mutual
c/o Credit Collection Services
Post Office Box 55126
Boston, MA 02205-5126

Lil Corner Store
c/o Check Assistance
Post Office Box 11128
Pensacola, FL 32524-1128

Lindow's Appliance
20014 E. Grant Highway
Marengo, IL 60152

Marengo Disposal
1050 Green Lee Street
Marengo, Illinois 60152

Mary Alice Traeder

Mary Alice Traeder
4615 Blue Jay Road
Harvard, IL 60033

Mathmania  
c/o RMCB Collection Agency  
2269 S. Saw Mill River Rd., #3  
Elmsford, NY 10523-9034

McHenry County States Attorney  
Bad Check Restitution Program  
60 W. Terra Cotta Ave., #B  
Crystal Lake, IL 60014-3536

Mercy Health System  
Post Office Box 8188  
Janesville, WI 53547-8188

MHS Physicians  
c/o State Collection Service  
Post Office Box 1022  
Wixom, MI 48393-1022

MHS Physicians  
c/o United Credit Service  
15 N. Lincoln Street, Box 740  
Elkhorn, WI 53121-0740

MHS Physicians  
Post Office Box 5081  
Janesville, WI 53547-5081

Moraine Emergency Phys.  
c/o OSI Collection  
4165 E. Thousand Oaks Blvd., #245  
Westlake, CA 91362-4026

Moraine Emergency Physicians  
Post Office Box 8759  
Philadelphia, PA 19101-8759

Mortgage Electronic Reg. System/Full Spectrum  
c/o Codilis & Assoc.  
15W030 N. Frontage Rd., #100  
Burr Ridge, IL 60527

Nanston Dental Group  
1590 Oakbrook Drive, #200  
Norcross, GA 30093

Nicor  
Post Office Box 2020  
Aurora, Illinois 60507-2020

Northwest News Group  
c/o Biehl & Biehl  
Post Office Box 66415  
Chicago, Illinois 60666-0415

Parents Magazine  
1716 Locust Street  
Des Moines, IA 50309-3023

Pick'N Save  
c/o Asset Protection Recovery Solutions  
Post Office Box 780  
Sun Prairie, WI 53590-0780

Quality Water Conditioning  
c/o Activity Collection Serv.  
664 Milwaukee Ave.  
Propect Heights, IL 60070

Renee Schults Dietz, MD  
12016 Prairie Avenue  
Hebron, IL 60034

SBC/Ameritech  
c/o Asset Acceptance  
Post Office Box 2036  
Wixom, MI 48393-1022

SBC/Ameritech Consumer BK Center  
Post Office Box 769  
Arlington, Texas 76004-0769

Scholastic  
c/o Shaffer & Assoc.  
Post Office Box 1545  
Columbia, MO 65205-1545

Scholastic  
Post Office Box 6042  
Jefferson City, MO 65102-6042

Scott Bentley  
Attorney at Law  
661 Ridgeview Drive  
McHenry, IL 60050

Shaffer & Assoc.  
101 S. 5th Street, #100  
Columbia, OH 65205-1545

Sprint PCS  
c/o AFNI  
404 Brock Drive, Box 5317  
Bloomington, IL 61702-3517

Sprint PCS  
Customer Care  
Post Office Box 8077  
London, KY 40742

Sullivan Foods  
c/o Check It  
Post Office Box 6264  
Rockford, IL 61125-1265

TCF Bank  
500 W. Joliet Rd.  
Willowbrook, IL 60527

Ted Poehlmann  
Attorney at Law  
202 W. South Street, Box 271  
Woodstock, IL 60098

The Trail Rider  
c/o North Shore Agency  
751 Summa Ave.  
Westbury, NY 11590

Verizon Wireless  
c/o Van Ru Collection  
Post Office Box 498  
Park Ridge, IL 60068-0498

Verizon Wireless Bankruptcy Dept.  
Post Office Box 3397  
Bloomington, IL 61702

Village of Sharon WI  
Post Office Box 401  
Sharon, WI 53585

Village of Walworth  
227 N. Main Street, Box 400  
Walworth, WI 53184

Waste Management  
c/o RMS  
4836 Brecksville Rd., Box 523  
Richfield, OH 44286

Waste Management North
22333 W. Highway 173
Antioch, IL 60002

Woodstock Imaging Assoc.
120 E. 22nd Street
Lombard, Illinois 60148

Woodstock Imaging Assoc.
c/o CSI Collection
1375 E. Woodfield Dr., #110
Schaumburg, IL 60173

WWE Magazine
Post Office Box 491
Mt. Morris, IL 61054

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois, Western Division**

In re  Matt D. Bushnell & Erin K. Bushnell          ,
                Debtor

Case No. _____

Chapter  13  _____

# VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 4 pages, is true, correct and complete to the best of my knowledge.

Date _____  Signature of Debtor  /s/ Matt D. Bushnell
      MATT D. BUSHNELL

Date _____  Signature of Joint Debtor  /s/ Erin K. Bushnell
      ERIN K. BUSHNELL

Richard T. Jones
138 Cass Street
Post Office Box 1693
Woodstock, Illinois 60098
(815) 334-8220
(815) 334-8229

B203
12/94

# United States Bankruptcy Court
### Northern District of Illinois, Western Division

In re  Matt D. Bushnell & Erin K. Bushnell

Case No. _____

Chapter  _____13_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................. $ __3,000.00__
   Prior to the filing of this statement I have received ......……………….................... $ ____500.00__
   Balance Due ............................………..............……………………….................... $ __2,500.00__

2. The source of compensation paid to me was:

   [✓] Debtor     [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [✓] Debtor     [ ] Other (specify)

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

_____     /s/ Richard T. Jones
*Date*                                          *Signature of Attorney*

_____
*Name of law firm*

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.1.1-687 - 31415