# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MATT D. BUSHNELL & ERIN K. BUSHNELL  Case Number: 07-70021
1001 YELLOWSTONE LANE   SSN-xxx-xx-1668 & xxx-xx-5849
HARVARD, IL  60033

Case filed on: 1/4/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $2,550.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY RICHARD T JONES | 2,274.00 | 2,274.00 | 1,131.26 | 0.00 |
|  | Total Legal | 2,274.00 | 2,274.00 | 1,131.26 | 0.00 |
| 016 | CREDIT PROTECTION ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | AUTOMATED ACCOUNT MGMT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | BIEHL & BIEHL | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | OSI COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | CCS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | CERTEGY RECOVERY SERV. | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | FRANKS, GERKIN & MCKENNA | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | RMCB COLLECTION AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | AFFILIATED CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | PENN CREDIT CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 073 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 074 | UNITED CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 076 | OSI COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 085 | ASSET ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 087 | SHAFFER & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 091 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 097 | VAN RU COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 101 | RMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 104 | OSI COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | IL STATE DISBURSEMENT UNIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 109 | SHARON WEBER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 140 | MATT D. BUSHNELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MATT D. BUSHNELL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS INC | 137,361.76 | 0.00 | 0.00 | 0.00 |
| 002 | CREDIT ACCEPTANCE | 8,500.00 | 8,500.00 | 627.17 | 332.83 |
| 003 | CREDIT ACCEPTANCE | 800.00 | 800.00 | 89.18 | 30.82 |
| 004 | HOUSEHOLD FINANCIAL CORP | 34,480.72 | 0.00 | 0.00 | 0.00 |
| 005 | LINDOW'S APPLIANCE | 1,500.00 | 1,500.00 | 121.43 | 58.57 |
| 006 | MORTGAGE ELECTRONIC SYS. | 18,199.53 | 18,199.53 | 0.00 | 0.00 |
|  | Total Secured | 200,842.01 | 28,999.53 | 837.78 | 422.22 |
| 003 | CREDIT ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | LINDOW'S APPLIANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ADRINANAS / NICKS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | AMERICASH LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ANGELOS PIZZA | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ATLANTA KIDS ENT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | BETSY IVERSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | BLACK KNIGHT ARABIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | BLOCKBUSTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CALIFORNIA STUDENT AID COMMISSION | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CASTLE BANK | 1,105.81 | 1,105.81 | 0.00 | 0.00 |
| 020 | CENTEGRA MEMORIAL MEDICAL CENTER | 1,570.64 | 1,570.64 | 0.00 | 0.00 |
| 022 | CHARTER COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CHEFS HOME | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | CHICAGO TRIBUNE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | CHILDRENS HEALTHCARE OF ATLANTA | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | CHRIS LAROCCO | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| 028 | CORPORATE AMERICA CREDIT UNION | 1,543.89 | 1,543.89 | 0.00 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 029 | CORPORATE AMERICA CREDIT UNION | 1,469.35 | 1,469.35 | 0.00 | 0.00 |
| 030 | CREDIT ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | CULLIGAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | DISNEY MOVIE CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | DONALD BUSHNELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | DR. POLLINIA | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | EARTHLINK, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | FORD MOTOR CREDIT COMPANY | 3,506.30 | 3,506.30 | 0.00 | 0.00 |
| 040 | HARVARD CHEVY | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | HARVARD MEMORIAL HOSPITAL/MERCY | 106.62 | 106.62 | 0.00 | 0.00 |
| 043 | HARVARD OIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | HARVARD PUBLIC LIBRARY | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | HARVARD SCHOOL DISTRICT | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | HEIGHTS FINANCE CORPORATION | 4,032.53 | 4,032.53 | 0.00 | 0.00 |
| 050 | HIGHLIGHTS FOR CHILDREN | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | HORSE ILLUSTRATED | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | JEFFERSON CAPITAL SYSTEMS, LLC | 2,567.74 | 2,567.74 | 0.00 | 0.00 |
| 053 | I - PASS | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | IL DEPT. OF EMPLOYMENT SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | J.C. PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | JONES PACKING | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | KING DRAGON | 70.00 | 70.00 | 0.00 | 0.00 |
| 059 | KOHLS | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | KOHLS/CHASE BANK USA NA | 182.01 | 182.01 | 0.00 | 0.00 |
| 062 | LANE BRYANT | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | LEADER ACE HARDWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 064 | LIBERTY MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 065 | LIL CORNER STORE | 143.00 | 143.00 | 0.00 | 0.00 |
| 066 | MARENGO DISPOSAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 067 | MARENGO DISPOSAL | 394.76 | 394.76 | 0.00 | 0.00 |
| 068 | MARY ALICE TRAEDER | 0.00 | 0.00 | 0.00 | 0.00 |
| 069 | MARY ALICE TRAEDER | 0.00 | 0.00 | 0.00 | 0.00 |
| 070 | MATHMANIA | 0.00 | 0.00 | 0.00 | 0.00 |
| 071 | MCHENRY COUNTY STATES ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 072 | MERCY HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 075 | MERCY HEALTH SYSTEM | 1,195.74 | 1,195.74 | 0.00 | 0.00 |
| 077 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 078 | NANSTON DENTAL GROUP | 17.00 | 17.00 | 0.00 | 0.00 |
| 079 | NICOR GAS | 1,319.05 | 1,319.05 | 0.00 | 0.00 |
| 080 | NORTHWEST NEWS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 081 | PARENTS MAGAZINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 082 | PICK N SAVE | 0.00 | 0.00 | 0.00 | 0.00 |
| 083 | ACTIVITY COLLECTION SERVICE INC | 123.60 | 123.60 | 0.00 | 0.00 |
| 084 | RENEE SCHULTS DIETZ, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 086 | ASSET ACCEPTANCE CORP | 751.28 | 751.28 | 0.00 | 0.00 |
| 088 | SCHOLASTIC INC | 219.65 | 219.65 | 0.00 | 0.00 |
| 089 | ATTORNEY SCOTT A BENTLEY | 100.00 | 100.00 | 0.00 | 0.00 |
| 090 | SHAFFER & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 092 | SPRINT NEXTEL CORP | 828.63 | 828.63 | 0.00 | 0.00 |
| 093 | CHECK IT | 579.01 | 579.01 | 0.00 | 0.00 |
| 094 | TCF BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 095 | TED POEHLMANN | 0.00 | 0.00 | 0.00 | 0.00 |
| 096 | THE TRAIL RIDER | 0.00 | 0.00 | 0.00 | 0.00 |
| 098 | AFNI/VERIZON | 2,442.44 | 2,442.44 | 0.00 | 0.00 |
| 099 | VILLAGE OF SHARON WI | 0.00 | 0.00 | 0.00 | 0.00 |
| 100 | VILLAGE OF WALWORTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 102 | WASTE MANAGEMENT - RMC | 531.90 | 531.90 | 0.00 | 0.00 |
| 103 | WOODSTOCK IMAGING ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 105 | WWE MAGAZINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 106 | OSI COLLECTION SERVICES INC | 1,106.05 | 1,106.05 | 0.00 | 0.00 |
| 107 | GALWAY FINANCIAL SERVICES LLC | 673.00 | 673.00 | 0.00 | 0.00 |
| 108 | CACH LLC | 821.10 | 821.10 | 0.00 | 0.00 |
| 110 | ECMC | 4,602.29 | 4,602.29 | 0.00 | 0.00 |
| 111 | ROCKFORD MERCANTILE AGENCY INC | 3,411.94 | 3,411.94 | 0.00 | 0.00 |
| 112 | HARVARD MEMORIAL HOSPITAL/MERCY | 61.64 | 61.64 | 0.00 | 0.00 |
| 113 | HARVARD MEMORIAL HOSPITAL/MERCY | 97.41 | 97.41 | 0.00 | 0.00 |
| 114 | HARVARD MEMORIAL HOSPITAL/MERCY | 90.62 | 90.62 | 0.00 | 0.00 |
| 115 | HARVARD MEMORIAL HOSPITAL/MERCY | 451.78 | 451.78 | 0.00 | 0.00 |
| 116 | HARVARD MEMORIAL HOSPITAL/MERCY | 446.14 | 446.14 | 0.00 | 0.00 |
| 117 | HARVARD MEMORIAL HOSPITAL/MERCY | 87.27 | 87.27 | 0.00 | 0.00 |
| 118 | HARVARD MEMORIAL HOSPITAL/MERCY | 486.38 | 486.38 | 0.00 | 0.00 |
| 119 | HARVARD MEMORIAL HOSPITAL/MERCY | 114.11 | 114.11 | 0.00 | 0.00 |
| 120 | HARVARD MEMORIAL HOSPITAL/MERCY | 176.33 | 176.33 | 0.00 | 0.00 |
| 121 | HARVARD MEMORIAL HOSPITAL/MERCY | 100.51 | 100.51 | 0.00 | 0.00 |
| 122 | HARVARD MEMORIAL HOSPITAL/MERCY | 131.46 | 131.46 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 123 | HARVARD MEMORIAL HOSPITAL/MERCY | 82.39 | 82.39 | 0.00 | 0.00 |
| 124 | HARVARD MEMORIAL HOSPITAL/MERCY | 167.75 | 167.75 | 0.00 | 0.00 |
| 125 | HARVARD MEMORIAL HOSPITAL/MERCY | 58.20 | 58.20 | 0.00 | 0.00 |
| 126 | HARVARD MEMORIAL HOSPITAL/MERCY | 111.91 | 111.91 | 0.00 | 0.00 |
| 127 | HARVARD MEMORIAL HOSPITAL/MERCY | 129.18 | 129.18 | 0.00 | 0.00 |
| 128 | HARVARD MEMORIAL HOSPITAL/MERCY | 111.90 | 111.90 | 0.00 | 0.00 |
| 129 | HARVARD MEMORIAL HOSPITAL/MERCY | 171.86 | 171.86 | 0.00 | 0.00 |
| 130 | HARVARD MEMORIAL HOSPITAL/MERCY | 130.52 | 130.52 | 0.00 | 0.00 |
| 131 | HARVARD MEMORIAL HOSPITAL/MERCY | 159.82 | 159.82 | 0.00 | 0.00 |
| 132 | HARVARD MEMORIAL HOSPITAL/MERCY | 54.50 | 54.50 | 0.00 | 0.00 |
| 133 | HARVARD MEMORIAL HOSPITAL/MERCY | 14.83 | 14.83 | 0.00 | 0.00 |
| 134 | HARVARD MEMORIAL HOSPITAL/MERCY | 156.03 | 156.03 | 0.00 | 0.00 |
| 135 | HARVARD MEMORIAL HOSPITAL/MERCY | 125.83 | 125.83 | 0.00 | 0.00 |
| 136 | HARVARD MEMORIAL HOSPITAL/MERCY | 107.86 | 107.86 | 0.00 | 0.00 |
| 137 | HARVARD MEMORIAL HOSPITAL/MERCY | 121.67 | 121.67 | 0.00 | 0.00 |
| 138 | HARVARD MEMORIAL HOSPITAL/MERCY | 107.35 | 107.35 | 0.00 | 0.00 |
| 139 | HARVARD MEMORIAL HOSPITAL/MERCY | 213.27 | 213.27 | 0.00 | 0.00 |
| | Total Unsecured | 42,183.85 | 42,183.85 | 0.00 | 0.00 |
| | Grand Total: | 245,299.86 | 73,457.38 | 1,969.04 | 422.22 |

Total Paid Claimant: $2,391.26
Trustee Allowance: $158.74
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 09/27/2007        By /s/Heather M. Fagan